**FILED**
April 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FERNANDO ACOSTA, )<br>)<br>Defendant. ) | CASE NUMBER: 3:15-mj-00012-CMK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Fernando Acosta</u>; Case <u>3:15-mj-00012-CMK</u> from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $100,000.00; co-signed by and Diana Acosta to be replaced by the secured bond

    _X_   Unsecured Appearance Bond in the amount of $50,000.00; co-signed by Bernard Cooney by close of business on 4/29/2015

    _X_   Appearance Bond in the amount of $100,000.00 secured by all available equity in the residential property in Perris, CA owned by Diana Acosta with the remainder to be secured by the unsecured appearance bond.

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  <u>Sacramento, CA</u>  on  <u>4/28/2015</u>  at  <u>4/28/2015</u>

By  _____
Kendall J. Newman
United States Magistrate Judge