FILED
April 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NUMBER: 3:15-mj-00012-CMK |
| v. | ) | ORDER FOR RELEASE |
| FERNANDO ACOSTA, | ) | OF PERSON IN CUSTODY |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Fernando Acosta</u>; Case <u>3:15-mj-00012-CMK</u> from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $100,000.00; co-signed by and Diana Acosta to be replaced by the secured bond

    _X_ Unsecured Appearance Bond in the amount of $50,000.00; co-signed by Bernard Cooney by close of business on 4/29/2015

    _X_ Appearance Bond in the amount of $100,000.00 secured by all available equity in the residential property in Perris, CA owned by Diana Acosta with the remainder to be secured by the unsecured appearance bond.

    _X_ (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/28/2015</u> at <u>4/28/2015</u>

By _____
Kendall J. Newman
United States Magistrate Judge